UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CINDA CHRISTINE CULZEAN,

　　　　　Plaintiff,

　　v.

CAROLYN W COLVIN.

　　　　　Defendant.

CASE NO. 2:15-CV-01911-MJP-DWC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Judge David W. Christel, United States Magistrate Judge, and the relevant record, does hereby find and ORDER:

(1)　The Court adopts the Report and Recommendation.

(2)　The matter is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner for further consideration.

(3)　**JUDGMENT** is for plaintiff and the case should be closed.

(4)　The Clerk is directed to send copies of this Order to counsel of record.

Dated this 15th day of August, 2016.

　　　　　Marsha J. Pechman
　　　　　United States District Judge